FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2015 DEC 16 PM 2:44
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TOM WEBB, ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. CV415-092 |
| JOSE MORALES; PENNY HAAS ) FREESEMAN; and CLINT C. MALCOM; ) | |
| Defendants. ) | |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 11), to which no objections have been filed. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and Plaintiff's 42 U.S.C. § 1983 complaint is hereby **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 16th day of December 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA